UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>FLUBY OMAR MARTINEZ-MEJIA,<br><br>                Defendant. | Case No. MJ25-307<br><br>DETENTION ORDER |

Defendant Fluby Omar Martinez-Mejia is charged with reentry of removed alien, 8 U.S.C. § 1326(a) The Court held a detention hearing on May 27, 2025, pursuant to 18 U.S.C. § 3142(f)(1), and based upon the reasons for detention stated in the record and as hereafter set forth below, finds:

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1. The government is entitled to a detention hearing pursuant to 18 U.S.C. § 3142(f)(2), as this case involves a serious risk that Mr. Martinez-Mejia will flee.

2. Mr. Martinez-Mejia poses a risk of nonappearance due to an active warrant for his arrest and strong family ties to another country. Based on these findings, and for the reasons stated on the record, there does not appear to be any condition or

DETENTION ORDER - 1

combination of conditions that will reasonably assure Mr. Martinez-Mejia's appearance at future court hearings.

IT IS THEREFORE ORDERED:

(1) Mr. Martinez-Mejia shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Mr. Martinez-Mejia shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. Martinez-Mejia is confined shall deliver Mr. Martinez-Mejia to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for Mr. Martinez-Mejia, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 27th day of May, 2025.

MICHELLE L. PETERSON
United States Magistrate Judge

DETENTION ORDER - 2